FILED
JAN - 4 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DAVID JOSEPH ELKINS,** | Civil No. 08-1073-PK |
| Plaintiff, | |
| v. | ORDER |
| **FEDERAL AVIATION ADMINISTRATION,** | |
| Defendant. | |

David J. Elkins
8629 White Swan Drive, #202
Tampa, Florida 33614

    Pro Se Plaintiff

Kent S. Robinson
Acting United States Attorney
District of Oregon

Page 1 - ORDER

Kevin Danielson
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

       Attorneys for Defendant

KING, Judge:

       The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on November 18, 2009. Plaintiff filed timely objections to the Findings and Recommendation.

       When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Papak.

       This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak dated November 18, 2009 in its entirety.

       IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (#34) is denied. Plaintiff's Motion for In Camera Review (#62) is moot. Defendant's Motion for Summary Judgment (#56) is granted.

DATED this 4 day of Jan, 2010.

                                            GARR M. KING
                                        United States District Judge